B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Ricardo Fernandez**
     **Aracely M Fernandez**
                             Debtor(s)

Case No.  **15-10414**
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**Homestead Address: 302 E 20th Street, Hialeah FL 33010-2731**<br>**Legal Description: HIALEAH 3RD ADD PB 7-86 LOT 12 BLK 118 LOT SIZE 49.800 X 135 OR 18877-3011 1199 1**<br>**- Valuation obtained from Miami Dade County Property Appraiser Office.**<br>**- Deb** |

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 19, 2015**      Signature  **/s/ Ricardo Fernandez**
                                                     **Ricardo Fernandez**
                                                   Debtor

Date  **March 19, 2015**      Signature  **/s/ Aracely M Fernandez**
                                                     **Aracely M Fernandez**
                                                   Joint Debtor